IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADRIAN M. TISDALE (Individually) ) <br> RE: M & T REAL ESTATE GROUP II, INC, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> ) <br> COMMERCIAL PROPERTY APPRAISERS ) <br> LLC; ARDALAN FARTHI (aka) ART FATHI; ) <br> SKYBEAM CAPITAL REIT LLC; ) <br> ACCURATE GROUP LLC, ) <br> ) <br> **Defendants.** ) <br> _____ ) | **CASE NO:** <br> **1-23-CV-05541-MHC** |

## **DEFENDANTS' MOTION TO STAY PRE-TRIAL DEADLINES**

COME NOW, Defendants Skybeam Capital REIT LLC[1] and Skybeam Capital LLC[2] (collectively, "Defendants"), by and through their undersigned counsel, and hereby file their Motion to Stay Pre-Trial Deadlines ("Motion") seeking

---

[1] Skybeam Capital REIT LLC remains unserved and therefore appears by special appearance, without waiving sufficiency of service, or submitting to the jurisdiction of this Court.

[2] Skybeam Capital LLC joins in this motion as they were listed in the caption of the Amended Complaint filed by Plaintiff [Doc. 6]. Process has not been issued as to Skybeam Capital LLC nor have they been served; therefore, they are appearing by special appearance, without waiving sufficiency of service or process, or submitting to the jurisdiction of this Court.
.

1

to stay the applicable deadlines for conducting the early planning conference, filing the joint preliminary report, and serving initial disclosures until such time as the Court has ruled upon Defendants' potentially case-dispositive motion to dismiss filed concurrently herewith. In support of this Motion, Defendants incorporate their Memorandum of Law filed herewith.

WHEREFORE, Defendants respectfully request this Court to:

(1) Grant this Motion;

(2) Issue an Order extending the deadlines for the early planning conference, filing the joint preliminary report, for serving initial disclosures, and any other applicable deadlines under this Court's Local Rules or the Federal Rules of Civil Procedure, until after the Court's ruling on Defendants' Motion to Dismiss, in the event the Court does not grant Defendants' Motion to Dismiss; and,

(3) Grant such other and further relief as this Court deems just and proper.

This 10th day of January, 2024.

**WEBER PIERCE, LLC**

/s/ Jennifer J. Pierce
Jennifer J. Pierce
Ga. Bar. No. 233018
Counsel for Defendants

11585 Jones Bridge Road
Suite 420, #208
Johns Creek, Georgia 30022
(770) 430-3010
jennifer@weberpierce.com

**RICHARD B. MANER, P.C.**

/s/ Richard B. Maner
Richard B. Maner
Ga. Bar No. 486588
Counsel for Defendants
180 Interstate North Parkway
Suite 200
Atlanta, Georgia 30339
(404) 252-6385
rmaner@rbmlegal.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading was prepared with one of the font and point selections approved by the Court in LR 5.1(C), NDGa.

This 10th day of January, 2024.

/s/ Jennifer J. Pierce
Jennifer J. Pierce
Ga. Bar No. 233018
Counsel for Defendants
Weber Pierce, LLC
11585 Jones Bridge Road
Suite 420, #208
Johns Creek, Georgia 30022
(770) 430-3010
jennifer@weberpierce.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **DEFENDANTS' MOTION TO STAY PRE-TRIAL DEADLINES** by using the CM/ECF system and have placed a true and correct copy of same in the United States Mail. With adequate first-class postage affixed thereto, properly addressed as follows:

Adrian M. Tisdale
955 Commercial St. NE
Conyers, GA 30012

This 10th day of January, 2024.

/s/ Jennifer J. Pierce
Jennifer J. Pierce
Ga. Bar No. 233018
Counsel for Defendants
Weber Pierce, LLC
11585 Jones Bridge Road
Suite 420, #208
Johns Creek, Georgia 30022
(770) 430-3010
jennifer@weberpierce.com