IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADRIAN M. TISDALE (Individually) ) <br> RE: M & T REAL ESTATE GROUP II, INC, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> ) <br> COMMERCIAL PROPERTY APPRAISERS ) <br> LLC; ARDALAN FARTHI (aka) ART FATHI; ) <br> SKYBEAM CAPITAL REIT LLC; ) <br> ACCURATE GROUP LLC, ) <br> ) <br> **Defendants.** ) <br> _____ ) | CASE NO: <br> 1-23-CV-05541-MHC |

## **DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY PRE-TRIAL DEADLINES**

COME NOW, Defendants Skybeam Capital REIT LLC[1] and Skybeam Capital LLC[2] (collectively, "Defendants"), by and through their undersigned counsel, and hereby file their Memorandum of Law in Support of their Motion to

---

[1] Skybeam Capital REIT LLC remains unserved and therefore appears by special appearance, without waiving sufficiency of service, or submitting to the jurisdiction of this Court.

[2] Skybeam Capital LLC joins in this motion as they were listed in the caption of the Amended Complaint filed by Plaintiff [Doc. 6].  Process has not been issued as to Skybeam Capital LLC nor have they been served; therefore, they are appearing by special appearance, without waiving sufficiency of service or process, or submitting to the jurisdiction of this Court.
.

1

Stay Pre-Trial Deadlines ("Motion"), including the applicable deadlines for conducting the early planning conference, filing the joint preliminary report, and serving initial disclosures until such time as the Court has ruled upon Defendants' potentially case-dispositive motion to dismiss. In support of this Motion, Defendants show the Court the following:

## I.     PROCEDURAL HISTORY

Adrian Tisdale ("Plaintiff") initiated this action by filing a "Complaint for Injunctive, Declaratory, & Monetary Relief; Jury Trial Demand" (the "Complaint") [Doc. 1] and Motion for *Ex Parte* Injunction [Doc. 2]. After this Court denied her motion [Doc. 4], Plaintiff thereafter filed her "Amended Complaint Due to Action Case No. 2023-CV-2472 in Rockdale County Superior Court" (the "Amended Complaint") [Doc. 6] (the Complaint and the Amended Complaint hereinafter collectively referred to as the "Pleadings"). Defendants have concurrently herewith filed a motion to dismiss the Pleadings pursuant to FED. R. CIV. P. 12(B)(5) and FED. R. CIV. P. 8.

## II.     ARGUMENT AND CITATION OF AUTHORITY

The Court has broad discretion to control discovery and other pre-trial deadlines. *Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985) (holding that courts have "broad discretion to stay discovery until the district court rules on a pending dispositive motion"); see also LR 26.2(B), NDGa. ("The

court may, in its discretion, shorten or lengthen the time for discovery."); *Patterson v. U.S. Postal Serv.*, 901 F.2d 927, 929 (11th Cir. 1990) (holding that district court did not abuse its discretion in staying discovery because the court had "sufficient information before it upon which to rule").

Because the Court's ruling on Defendants' Motion to Dismiss could dispose of the lawsuit in its entirety, Defendants submit that compliance with certain early pre-trial obligations as required by Federal Rules and Local Rules would be premature at this juncture. The time and resources that Defendants would expend in drafting initial disclosures, drafting a joint preliminary planning report and discovery plan, and conducting a Rule 26(f) conference will have been spent unnecessarily if the Court grants the Motion to Dismiss.  Further, if the Court should decide that Plaintiff has stated any viable claim against Defendants, the parties will not be prejudiced by a short delay of certain pretrial deadlines. Because Defendants have not filed an answer, the discovery period will not commence (if at all) until after a ruling on the pending Motion to Dismiss and Defendants file their answer to the Complaint. *See* LR 26.2(A) NDGa.  Therefore, in the interest of judicial economy, Defendants request the Court to exercise its discretion to temporarily stay these deadlines pending the Court's ruling on Defendants' Motion to Dismiss.

WHEREFORE, Defendants respectfully request this Court to:

(1) Grant this Motion;

(2)     Issue an Order extending the deadlines for the early planning conference, filing the joint preliminary report, for serving initial disclosures, and any other applicable deadlines under this Court's Local Rules or the Federal Rules of Civil Procedure, until after the Court's ruling on Defendants' Motion to Dismiss, in the event the Court does not grant Defendants' Motion to Dismiss; and,

(3)     Grant such other and further relief as this Court deems just and proper.

This 10th day of January, 2024.

**WEBER PIERCE, LLC**
/s/ Jennifer J. Pierce
Jennifer J. Pierce
Ga. Bar. No. 233018
Counsel for Defendants
11585 Jones Bridge Road
Suite 420, #208
Johns Creek, Georgia 30022
(770) 430-3010
jennifer@weberpierce.com

**RICHARD B. MANER, P.C.**
/s/ Richard B. Maner
Richard B. Maner
Ga. Bar No. 486588
Counsel for Defendants
180 Interstate North Parkway
Suite 200
Atlanta, Georgia 30339
(404) 252-6385
rmaner@rbmlegal.com

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading was prepared with one of the font and point selections approved by the Court in LR 5.1(C), NDGa.

This 10th day of January, 2024.

                                          /s/ Jennifer J. Pierce
                                          Jennifer J. Pierce
                                          Ga. Bar No. 233018
                                          Counsel for Defendants
                                          Weber Pierce, LLC
                                          11585 Jones Bridge Road
                                          Suite 420, #208
                                          Johns Creek, Georgia 30022
                                          (770) 430-3010
                                          jennifer@weberpierce.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY PRE-TRIAL DEADLINES** by using the CM/ECF system and have placed a true and correct copy of same in the United States Mail. With adequate first-class postage affixed thereto, properly addressed as follows:

Adrian M. Tisdale<br>
955 Commercial St. NE<br>
Conyers, GA 30012

This 10th day of January, 2024.

/s/ Jennifer J. Pierce
Jennifer J. Pierce
Ga. Bar No. 233018
Counsel for Defendants
Weber Pierce, LLC
11585 Jones Bridge Road
Suite 420, #208
Johns Creek, Georgia 30022
(770) 430-3010
jennifer@weberpierce.com