IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ADRIAN TISDALE (individually)
RE: M & T Real Estate Group, II,
Inc.,

      **Plaintiff,**

v.

COMMERICAL PROPERTY
APPRAISERS LLC, ARDALAN
FATHI a/k/a Art Fathi, SKYBEAM
CAPITAL REIT LLC, and
ACCURATE GROUP LLC,

      **Defendants.**

CIVIL ACTION FILE

NO. 1:23-CV-5541-MHC

## ORDER

This case comes before the Court on Defendants' Motion to Stay Pre-Trial

Deadlines [Doc. 13]. Defendant seeks to stay the deadlines for conducting the

early planning conference, filing the joint preliminary report, and serving initial

disclosures until such time as the Court has adjudicated Defendants' Motion to

Dismiss [Doc. 12]. Plaintiff has filed a Response in Opposition to the Motion

("Pl.'s Resp.") [Doc. 24], but the response addresses the motion to dismiss, not the motion to stay.[1]

For good cause shown, it is hereby **ORDERED** that Defendants' Motion to Stay Discovery and Pre-Trial Deadlines [Doc. 13] is **GRANTED**.  All discovery in this case, as well as other pretrial deadlines (e.g., the Rule 26(f) Early Planning Conference, the Joint Preliminary Report and Discovery Plan, and the Initial Disclosures), shall be **STAYED** pending the final resolution of Defendants' pending motion to dismiss [Doc. 12].

**IT IS SO ORDERED** this 5th day of February, 2024.

_____
MARK H. COHEN
United States District Judge

---

[1] Although Plaintiff does ask the Court to deny Defendants' Motion to Stay Pre-Trial Deadlines, see Pls.' Resp. at 5, Plaintiff's arguments all appear to be directed towards evidentiary burdens and the sufficiency of the allegations in her Amended Complaint, none of which are relevant to the Court's decision to stay pre-trial deadlines.